**DALE A. BLICKENSTAFF - #40681**
Attorney at Law
2350 West Shaw Avenue, Suite 132
Fresno, California 93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile


Attorney for Defendant,
SHAUNA MARIE FABREGA


### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:12-CR-00264-AWI |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER FOR CONTINUANCE FOR STATUS CONFERENCE |
| ) | |
| v. ) | |
| ) | |
| SHAUNA MARIE FABREGA ) | Date : January 14, 2013 |
| Defendant. ) | Time : 1:00 p.m. |
| _____ ) | Judge : Barbara McAuliffe |

It is hereby stipulated by and between Benjamin B. Wagner, United States Attorney and Grant Rabenn, Assistant U.S. Attorney and Dale A. Blickenstaff, attorney for SHAUNA MARIE FABREGA, that the Status Conference set for January 14, 2013 at 1:00 p.m. be continued to February 25, 2013 at 1:00 p.m.

The government and defense have been and continue to be engaged in plea negotiations. The defendant gave birth to her fourth child on November 27, 2012, and has been excused from attending the Status Conference currently set for January 14, 2013. She needs additional time to consider the plea offer which has only recently been conveyed to her. In addition, the defense needs additional time to review the discovery and conduct its investigation.

The parties agree that the time between the date of this stipulation and the new status conference hearing date of February 25, 2013 at 1:00 p.m., shall be excluded in the interests of justice,

including but not limited to continuity of counsel and reasonable time necessary for effective preparation pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv).

For the reasons set forth above, the parties respectfully request that the hearing scheduled for January 14, 2013 at 1:00 p.m. be continued and a new status conference be scheduled for February 25, 2013 at 1:00 p.m.

Dated: January 10, 2013                                Respectfully submitted,

                                                                   BENJAMIN B. WAGNER
                                                                   United States Attorney

                                                                   By    /S/
                                                                   GRANT RABENN
                                                                  Assistant U.S. Attorney

Dated: January 10, 2013                                By   /S/ Dale A. Blickenstaff
                                                                  DALE BLICKENSTAFF
                                                                  Attorney for SHAUNA MARIE FABREGA

**IT IS SO ORDERED**.

Time is excluded pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv).

IT IS SO ORDERED.

Dated:   **January 10, 2013**                          /s/ **Barbara A. McAuliffe**
                                                                      UNITED STATES MAGISTRATE JUDGE