**DALE A. BLICKENSTAFF - #40681**
Attorney at Law
2350 West Shaw Avenue, Suite 132
Fresno, California  93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile


Attorney for Defendant,
SHAUNA MARIE FABREGA


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No. 1:12-CR-00264-AWI |
| ) | |
| Plaintiff,  ) | **STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE** |
| ) | |
| v.  ) | |
| ) | |
| ,  ) | |
| SHAUNA MARIE FABREGA  ) | Date   :   May 13, 2013 |
| Defendant.  ) | Time   :   1:00 p.m. |
| _____  ) | Judge  :   Barbara McAuliffe |

It is hereby stipulated by and between Benjamin B. Wagner, United States Attorney and Grant B. Rabenn, Assistant U.S. Attorney and Dale A. Blickenstaff, Attorney for SHAUNA MARIE FABREGA, that the Status Conference set for May 13, 2013 at 1:00 p.m. be taken off calendar and instead the matter set for further status conference on June 24, 2013 at 1:00 p.m

The defense has received a plea agreement and its contents have been discussed with Ms. Fabrega.  Ms. Fabrega is a single mother raising four children with the youngest being born on November 27, 2012. Ms. Fabrega needs additional time to make arrangements for the placement of her children before her anticipated incarceration.  Also, since she lives in Palmdale, California, it is difficult for her to travel to Fresno for discussions with defense counsel regarding the evidence in the case.  She has met with defense counsel one time and another conference is necessary to complete a thorough review of the evidence.  The additional time is necessary to complete the foregoing tasks.

1    The parties agree that the time between the date of this stipulation and the new status conference
2 hearing date of June 24, 2013 at 1:00 p.m., shall be excluded in the interests of justice, including but
3 not limited to continuity of counsel and reasonable time necessary for effective preparation pursuant
4 to 18 U.S.C. Sections 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv).

5    For the reasons set forth above, the parties respectfully request that the hearing scheduled for
6 May 13, 2013 at 1:00 p.m. be dropped from the calendar and a new status conference be scheduled for
7 June 24, 2013 at 1:00 p.m.

9  Dated: April 28, 2013                Respectfully submitted,

10                                      BENJAMIN B. WAGNER
                                        United States Attorney

12                                      By   /S/ Grant B. Rabenn
                                        GRANT B. RABENN
13                                      Assistant U.S. Attorney

15  Dated: April 28, 2013               By   /S/ Dale A. Blickenstaff
                                        DALE BLICKENSTAFF
16                                      Attorney for SHAUNA MARIE FABREGA

19  **IT IS SO ORDERED**.

20  Time is excluded pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv).

21    IT IS SO ORDERED.

22   **Dated:   April 30, 2013**              **/s/ Barbara A. McAuliffe**
                                        UNITED STATES MAGISTRATE JUDGE