**DALE A. BLICKENSTAFF - #40681**
Attorney at Law
2350 West Shaw Avenue, Suite 132
Fresno, California  93711
(559) 432-0986 Telephone
(559) 432-4871 Facsimile


Attorney for Defendant,
SHAUNA MARIE FABREGA


# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:12-CR-00264-AWI |
| Plaintiff, | STIPULATION AND ORDER FOR CHANGE OF PLEA HEARING DATE |
| v. | |
| , SHAUNA MARIE FABREGA | Date :   June 24, 2013 |
| Defendant. | Time :   1:00 p.m. |
| | Judge :   Barbara McAuliffe |

   It is hereby stipulated by and between Benjamin B. Wagner, United States Attorney and Grant B. Rabenn, Assistant U.S. Attorney and Dale A. Blickenstaff, Attorney for SHAUNA MARIE FABREGA, that the Status Conference set for June 24, 2013 at 1:00 p.m. be taken off calendar and instead the matter set for change of plea before the Honorable Anthony Ishii on July 22, 2013 at 10 am.

   The Defendant intends to accept the offer to plead guilty to the terms of a certain plea agreement which has been tendered to the defense.  The Defendant lives in Palmdale, California and even though she has had the terms of the plea agreement explained to her in person and over the telephone she does not have a copy of the agreement which she could execute and return for timely filing before the status conference on Monday.

   There would be sufficient time for the above procedure to be completed before the date

1  proposed for change of plea.

2      The parties agree that the time between the date of this stipulation and the date for change of
3  plea hearing of July 22, 2013 at 10 am., shall be excluded in the interests of justice, including but not
4  limited to continuity of counsel and reasonable time necessary for effective preparation pursuant to 18
5  U.S.C. Sections 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv).

6      For the reasons set forth above, the parties respectfully request that the status conference
7  scheduled for June 24, 2013 at 1:00 p.m. be dropped from the calendar and a hearing date of July 22,
8  2013 at 10 am. be scheduled for change of plea.

9

10 Dated: June 20, 2013　　　　　　　　　　　Respectfully submitted,

11 　　　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney
12

13 　　　　　　　　　　　　　　　　　　　　　　By   /S/ Grant B. Rabenn
　　　　　　　　　　　　　　　　　　　　　　　GRANT B. RABENN
14 　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

15

16 Dated: June 20, 2013　　　　　　　　　　　By   /S/ Dale A. Blickenstaff
　　　　　　　　　　　　　　　　　　　　　　　DALE BLICKENSTAFF
17 　　　　　　　　　　　　　　　　　　　　　　Attorney for SHAUNA MARIE FABREGA

18

19

20 **IT IS SO ORDERED**.

21 Time is excluded pursuant to 18 U.S.C. Sections 3161(h)(7)(A) and 3161(h)(7)(B)(I) and (iv).

22 　　　IT IS SO ORDERED.

23 　　**Dated:   June 20, 2013**　　　　　　　　/s/ **Barbara A. McAuliffe**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28