1  BENJAMIN B. WAGNER
   United States Attorney
2  GRANT B. RABENN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5
   Attorneys for the
6   United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | CASE NO. 1:12-CR-00264 AWI
   |                                    |
12 |                  Plaintiff,        | STIPULATION AND ORDER TO CONTINUE
   |                                    | SENTENCING SCHEDULE AND HEARING
13 |       v.                           |
   |                                    |
14 | SHAUNA MARIE FABREGA,              |
   |                                    |
15 |                  Defendant.        |

16

17

18      **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19 counsel, Grant B. Rabenn, counsel for the United States, and Dale A. Blickenstaff, counsel for the

20 defendant Shauna Marie Fabrega, that the sentencing hearing currently set for Monday, December 9,

21 2013, may be continued to September 8, 2014 at 8:30 a.m.

22      The reason for this continuance is to provide the defendant additional time to fulfill her

23 obligations under the plea agreement.  This continuance will conserve time and resources for both

24 parties and the court.

25 ///

26 ///

27 ///

28 ///

Stipulation to Continue                    1
Sentencing Hearing; Order

Dated:  November 14, 2013         BENJAMIN B. WAGNER
                                  United States Attorney


                                  */s/ Grant B. Rabenn*
                                  GRANT B. RABENN
                                  Assistant United States Attorney



                                  */s/ Dale A. Blickenstaff*
                                  DALE A. BLICKENSTAFF
                                  Attorney for Defendant




                         **ORDER**


IT IS SO ORDERED.

Dated:   November 14, 2013        _____
                                  SENIOR  DISTRICT  JUDGE

Stipulation to Continue
Sentencing Hearing; Order