**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7042 N. West Avenue, #140
Fresno, California 93711
(559) 389-0239 Telephone
(559) 431-2202 Facsimile
Email: dblickenstaff@yahoo.com

Attorney for Defendant,
SHAUNA MARIE FABREGA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:12-CR-00264 AWI |
| ) Plaintiff, ) | |
| ) vs. ) ) | STIPULATION AND ORDER TO CONTINUE SENTENCING SCHEDULE AND HEARING |
| SHAUNA MARIE FABREGA, ) ) Defendant ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Grant B. Rabenn, counsel for the United States, and Dale A. Blickenstaff, counsel for the Defendant Shauna Marie Fabrega, that the sentencing hearing currently set for Monday, September 8, 2014, may be continued to January 12, 2015 at 10:00 a.m.

The reason for this continuance is to provide the Defendant additional time to fulfill her obligations under the plea agreement. This continuance will conserve time and resources for both parties and the court.

The United States Probation Office has been informed of this proposed order.

Dated: August 25, 2014                         BENJAMIN B. WAGNER
                                               United States Attorney

                                               *By /S/  Grant B. Rabenn*_____
                                               GRANT B. RABENN
                                               Assistant United States Attorney

STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER

1

Dated: August 25, 2014                     Respectfully submitted,

*By /S/ Dale A. Blickenstaff*
DALE A BLICKENSTAFF, Attorney for
SHAUNA MARIE FABREGA

**ORDER**

IT IS SO ORDERED.

Dated:   August 26, 2014              _____
                                       SENIOR  DISTRICT  JUDGE