**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, #104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dblickenstaff@yahoo.com

Attorney for Defendant,
SHAUNA MARIE FABREGA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                  )<br>           Plaintiff,                       )<br>                                                  )<br>vs.                                             )<br>                                                  )<br>SHAUNA MARIE FABREGA,       )<br>                                                  )<br>           Defendant              ) | Case No.:  1:12-CR-00264-AWI-BAM<br><br>STIPULATION AND ORDER TO<br>CONTINUE SENTENCING SCHEDULE<br>AND HEARING |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Grant B. Rabenn, counsel for the United States, and Dale A. Blickenstaff, counsel for the Defendant Shauna Marie Fabrega, that the sentencing hearing currently set for Monday, January 12, 2015, may be continued to April 6, 2015 at 10:00 a.m.

   The reason for this continuance is to provide the Defendant additional time to fulfill her obligations under the plea agreement.  This continuance will conserve time and resources for both parties and the court.

   The United States Probation Office has been informed of this proposed order.

Dated: December 30, 2014                          BENJAMIN B. WAGNER
                                                                    United States Attorney

                                                                    *By /S/  Grant B. Rabenn*_____
                                                                    GRANT B. RABENN
                                                                    Assistant United States Attorney

Dated: December 30, 2014                    Respectfully submitted,

                                                                  *By /S/ Dale A. Blickenstaff*
                                                                  DALE A BLICKENSTAFF, Attorney for
                                                                  SHAUNA MARIE FABREGA

## ORDER

IT IS SO ORDERED.

Dated:   December 31, 2014                    _____
                                                                    SENIOR  DISTRICT  JUDGE