**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, #104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dblickenstaff@yahoo.com

Attorney for Defendant,
SHAUNA MARIE FABREGA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>SHAUNA MARIE FABREGA,  )<br>  )<br>Defendant  ) | Case No.: 1:12-CR-00264 AWI<br><br>STIPULATION AND ORDER TO<br>CONTINUE SENTENCING SCHEDULE<br>AND HEARING |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Grant B. Rabenn, counsel for the United States, and Dale A. Blickenstaff, counsel for the Defendant Shauna Marie Fabrega, that the sentencing hearing currently set for Monday, April 6, 2015, may be continued to October 5, 2015 at 10:00 a.m.

The reason for this continuance is to provide the Defendant additional time to fulfill her obligations under the plea agreement. This continuance will conserve time and resources for both parties and the court.

The United States Probation Office has been informed of this proposed order.

Dated: March 20, 2015                          BENJAMIN B. WAGNER
                                               United States Attorney

                                               *By /S/  Grant B. Rabenn*_____
                                               GRANT B. RABENN
                                               Assistant United States Attorney

STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING

1

Dated: March 20, 2015                                   Respectfully submitted,

*By /S/ Dale A. Blickenstaff*
DALE A BLICKENSTAFF, Attorney for
SHAUNA MARIE FABREGA

**ORDER**

IT IS SO ORDERED.

Dated:   March 20, 2015                      _____
                                             SENIOR  DISTRICT  JUDGE