**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dabnabit74@gmail.com

Attorney for Defendant,
SHAUNA MARIE FABREGA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAUNA MARIE FABREGA,<br><br>Defendant | Case No.: 1:12-CR-00264 AWI<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING SCHEDULE AND HEARING |

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, Grant B. Rabenn, counsel for the United States, and Dale A. Blickenstaff, counsel for the Defendant, Shauna Marie Fabrega, that the sentencing hearing currently set for Monday, October 5, 2015, may be continued to March 14, 2016, at 10:00 a.m.

The reason for this continuance is to provide the Defendant additional time to fulfill her obligations under the plea agreement.  This continuance will conserve time and resources for both parties and the court.

The United States Probation Office has been informed of this proposed order.

Dated:  September 9, 2015          BENJAMIN B. WAGNER
                                    United States Attorney

                                   By      /S/ Grant B. Rabenn                  _____
                                   GRANT B. RABENN, Assistant United States Attorney

STIPULATION AND ORDER TO CONTINUE SENTENCING SCHEDULE AND HEARING

Dated:  September 9, 2015          Respectfully submitted,

By     /S/ Dale A. Blickenstaff
DALE A. BLICKENSTAFF, Attorney for Defendant
SHAUNA MARIE FABREGA

## **ORDER**

IT IS SO ORDERED that the sentencing hearing be continued to March 14, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   September 10, 2015          _____
                                                              SENIOR  DISTRICT  JUDGE