**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dabnabit74@gmail.com

Attorney for Defendant,
SHAUNA MARIE FABREGA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:12-CR-00264 AWI |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| vs. ) | DATE: June 4, 2018 |
| SHAUNA MARIE FABREGA, ) | TIME: 10:00 a.m. |
| Defendant. ) | JUDGE Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Grant B. Rabenn, counsel for the United States, and Dale A. Blickenstaff, counsel for the Defendant Shauna Marie Fabrega, that the sentencing hearing currently set for Monday, June 4, 2018, may be continued to August 13, 2018, at 10:00 a.m.

The reason for this continuance is to provide the U.S. Probation Department additional time to prepare a new presentence report as the Defendant failed to appear at her last sentencing date which was more than three (3) years ago.

The United States Probation Office has been informed of this proposed order.

///

///

///

| | | |
|---|---|---|
| Dated: May 30, 2018 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | | By  /s/ *Grant B. Rabenn*<br>GRANT B. RABENN<br>Assistant United States Attorney |
| Dated: May 30, 2018 | | Respectfully submitted, |
| | | By  /s/  Dale A. Blickenstaff<br>DALE A. BLICKENSTAFF, Attorney for<br>SHAUNA MARIE FABREGA |

## **ORDER**

The Court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good Cause appearing, the hearing is as to Shauna Marie Fabrega currently set for June 4, 2018, is continued to August 13, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  May 30, 2018                                                     
                                                       SENIOR DISTRICT JUDGE