**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dabnabit74@gmail.com

Attorney for Defendant,
SHAUNA MARIE FABREGA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:12-CR-00264 AWI |
| Plaintiff, ) | STIPULATION AND ORDER TO EXTEND TIME FOR FILING FORMAL OBJECTIONS |
| vs. ) | |
| SHAUNA MARIE FABREGA, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Grant Rabenn, counsel for the United States, and Dale A Blickenstaff, counsel for the Defendant, Shauna Marie Fabrega, that the time for filing Formal Objections Filed with the Court and Served on Probation and Opposing Parties now due on July 30, 2018, be extended to August 6, 2018. The sentence date of August 13, 2018 would not be effected.

The reason for the continuance is that counsel for Defendant, Shauna Fabrega, Dale A. Blickenstaff will be on vacation and out of the state commencing on July 23, 2018, and continuing until July 31, 2018. Counsel for the parties have received a draft PSR but after informal objections were submitted by both counsel, the US Probation officer has informed counsel that a final PSR might include changes from the draft. The final PSR is expected to be delivered to counsel sometime during the week of July 23, 2018.

The US Probation Officer, Anthony Andrews, has been informed of this request and has no objection to the extension.

Dated: July 23, 2018     McGREGOR W. SCOTT
United States Attorney

By   /s/ *Grant B. Rabenn*
GRANT B. RABENN
Assistant United States Attorney

Dated: July 23, 2018     Respectfully submitted,

By   /s/ Dale A. Blickenstaff
DALE A. BLICKENSTAFF, Attorney for
SHAUNA MARIE FABREGA

## **ORDER**

The Court has read and considered the stipulation of the parties to extend the time for filing Formal Objections in the above matter. Good cause appearing, the time for filing Formal Objections in the matter is extended to August 6, 2018. The sentencing date remains unchanged.

IT IS SO ORDERED.

Dated: July 23, 2018     _____
SENIOR DISTRICT JUDGE